UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EMMA REYES-RIZO,

Petitioner,

v.

U.S., ICE, et al.,

Respondents.

Case No.: 26-CV-3740 JLS (JLB)

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 7)

Presently before the Court is Petitioner Emma Reyes-Rizo's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 7). Also before the Court is Respondents' Return to Petition for a Writ of Habeas Corpus ("Ret.," ECF No. 9). Petitioner alleges that she has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Otay Mesa Detention Center. Pet. at 3. Petitioner alleges that she was previously released from custody on parole in 2021. *Id.* at 2. Petitioner was arrested at a credible fear interview appointment in Miami, Florida. *Id.* at 2–3. Petitioner argues that the revocation of her parole without notice or an opportunity to be heard violates the Due Process Clause of the Fifth Amendment. *Id.* at 3.

/ / /

Respondents acknowledge that Petitioner was previously released on parole and that they have insufficient information regarding the termination of her parole. Ret. at 2. Respondents also argue that Petitioner is subject to mandatory detention under § 1225(b)(2); however, Respondents "acknowledge[] that this Court, and Courts in this District, have repeatedly reached the opposite conclusion under the same and/or similar facts." *Id.* (collecting cases). Respondents therefore "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." *Id.* at 3. The Court finds that Petitioner is entitled to release. *See, e.g.*, *Noori v. LaRose*, 807 F. Supp. 3d 1146, 1163–67, 1169 (S.D. Cal. 2025) (granting release under similar facts); *Tran v. LaRose*, No. 26-CV-2653 JLS (GC), 2026 WL 1303166, at *1–3 (S.D. Cal. May 12, 2026) (same); *Antonio v. LaRose*, No. 26-CV-2387-LL-MMP, 2026 WL 1215037, at *1–3 (S.D. Cal. May 4, 2026) (same).

Accordingly, the Court **GRANTS** Petitioner's Amended Petition for a Writ of Habeas Corpus (ECF No. 7) and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of her preexisting parole. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of her release and a hearing before a neutral decision maker to determine whether detention is warranted. The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight. The Parties are **ORDERED** to file a Joint Status Report by July 30, 2026, confirming that Petitioner has been released. As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 23, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge